JUDGE SULLIVAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
:
UNITED STATES OF AMERICA          :
:
v.                            :    08 Cr.    (RJS)
:
ANDREW SMULIAN,                   :
**08 CRIM 711**
Defendant.    :
:
- - - - - - - - - - - - - - - - X

The above-named defendant, who is accused of violating Title 18, United States Code, Sections 1114, 1117, 2332(b), 2332g, and 2339B, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by Information instead of by Indictment.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 3 0 2008
```

_____
ANDREW SMULIAN
Defendant

_____
Witness

_____
Mary Mulligan, Esq.
Counsel for Defendant

Date:  New York, New York
       July 30, 2008

0202